UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL ACTION |
| v. | ) |
| | ) NO. 05-00001-LTS |
| RAFAEL GONZALEZ, | ) |
| LAWRENCE PITCHER | ) |

FILED
IN CLERK'S OFFICE

'05 JUN -3 A 11:52

U.S. DISTRICT COURT
DIST. OF MASS.

### MOTION TO UNSEAL COMPLAINT

The United States moves this Court to unseal the complaint, search warrant and the affidavit submitted in support thereof. As grounds, the government states that the defendants in this case have been arrested.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
Neil J. Gallagher, Jr.
Assistant U.S. Attorney

*Allowed by [signature] (U.S.M.J.) 6/3/2005*