AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ District of _____

Filed in open Court

USA
V.
Lawrence Pitcher

**APPEARANCE**

CASE NUMBER: 05 m 00001 LTS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Lawrence Pitcher

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/3/2005 | _[signature]_ |
| Date | Signature |
| | NEIL A. Hourihan    241380 |
| | Print Name    Bar Number |
| | 6 Lynde St |
| | Address |
| | Salem      Mass      01970 |
| | City    State    Zip Code |
| | 978-745-6960 |
| | Phone Number    Fax Number |