AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF **Mass**

UNITED STATES OF AMERICA

v.

**Lawrence Pitcher**

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: **05-m-00001**

I, **Lawrence Pitcher**, charged in a ☒ complaint ☐ petition pending in this District **of Massachusetts** in violation of **21**, U.S.C., **846, 841**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

_____
Defendant

**June 3, 2005**
Date

_____
Counsel for Defendant