AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

LAWRENCE PITCHER

**WARRANT FOR ARREST**

CASE NUMBER: 05-mj-00001-JTS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  LAWRENCE PITCHER
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute cocaine and oxycodone

in violation of
Title  21  United States Code, Section(s)  846 AND 841

Leo T. Sorokin
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

M.J.
Title of Issuing Officer

Boston, MA  June 8, 2005
Date and Location

RECEIVED
2005 JUN -2 A 9: [?]
U.S. MARSHAL SERVICE
BOSTON, MA

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| WARRANT EXECUTED BY DEA ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/3/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.